

# Summons



EXHIBIT 2

## Collection Information Statement

**In the matter of** TERENCE J BOYDEN, 2559 BRYAN CIR, GROVE CITY, OH 43123-3526
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 2 (22)
**Periods:** Form 1040 for the calendar period ending December 31, 2002

**The Commissioner of Internal Revenue**

**To:** TERENCE J BOYDEN
**At:** 2559 BRYAN CIR, GROVE CITY, OH 43123-3526

You are hereby summoned and required to appear before ADAM TOMAKICH, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 07/01/2007 To 09/30/2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

200 N. HIGH STREET, ROOM 425, COLUMBUS, OH 43215  (614) 280-8655

Place and time for appearance: At 200 N. HIGH STREET, ROOM 425, COLUMBUS, OH 43215

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.4-2005)
Catalog Number 25000Q

on the 23rd day of October, 2007 at 9:00 o'clock a.m.

Issued under authority of the Internal Revenue Code this ____ day of _____, 2007

MICHAEL C. DUTCHER
Signature of issuing officer

Signature of approving officer *(if applicable)*

REVENUE OFFICER
Title

Group Manager
Title

**Original -- to be kept by IRS**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

Date: 10/1/07

Time: 12:00pm

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):
Diane Boyden

Signature: [signature]

Title: Revenue Officer

**I certify that the copy of the summons served contained the required certification.**

Signature: [signature]

Title: Revenue Officer

Catalog No. 25000Q

Form **6637** (Rev. 4-2005)